## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**WINSOME MARJORIE THOMPSON,**

      **Plaintiff,**

vs.                                                  No. CV 20-439 KRS

**ANDREW SAUL,**
**Commissioner of Social Security,**

      **Defendant.**

### ORDER GRANTING MOTION TO EXTEND BRIEFING DEADLINES

Upon consideration of Plaintiff's Unopposed Motion to Extend Briefing Deadlines (Doc. 18), the Court having reviewed the motion and being otherwise fully advised, FINDS that the Motion is well-taken and is GRANTED.

IT IS, THEREFORE ORDERED that Plaintiff shall file and serve her Motion to Reverse or Remand Administrative Agency Decision together with a supporting memorandum of law on or before **February 19, 2021**; on or before **April 19, 2021,** Defendant shall file and serve his response; and on or before **May 3, 2021** Plaintiff may file and serve her reply.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted by**:

 *s/ Francesca J. MacDowell*
 Francesca J. MacDowell
Attorney for Plaintiff


*Approved by email on January 15, 2021 by*:

M. Thayne Warner, Special AUSA
Attorney for Commissioner