IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**WINSOME MARJORIE THOMPSON,**
       **Plaintiff,**

      **vs.**                                         **CIV NO. 1:20-00439-KRS**

**ANDREW SAUL,**
**Commissioner of Social Security,**
       **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 21) to file a response to Plaintiff's Motion to Reverse and Remand for Payment of Benefits, or in the Alternative, for Rehearing, with Supporting Memorandum (Doc. 20), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until May 19, 2021, to file a response, and Plaintiff shall have until June 2, 2021, to file a reply.

                                              _____
                                              KEVIN R. SWEAZEA
                                              United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 04/19/2021*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved 04/19/2021*
FRANCESCA J. MACDOWELL
Attorney for Plaintiff